# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: <u>5:99CR71-4</u> |
| Wesley Craig Lackey | ) USM No: <u>15111-058</u> |
| | ) <u>Daniel Baker McIntyre III</u> |
| Date of Previous Judgment: <u>1/8/01</u> | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■ the defendant  ❑ the Director of the Bureau of Prisons  ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.   ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: <u>34</u> | | Amended Offense Level: <u>34</u> | |
| Criminal History Category: <u>VI</u> | | Criminal History Category: <u>VI</u> | |
| Previous Guideline Range: <u>262</u> to <u>327</u> months | | Amended Guideline Range: <u>262</u> to <u>327</u> months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.
❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❑ Other (explain):

## III. ADDITIONAL COMMENTS

Because the defendant is a career offender, there is no change in the offense level. As such, the sentence will not change.

Except as provided above, all provisions of the judgment dated <u>1/8/01</u> shall remain in effect.

**IT IS SO ORDERED**.

Order Date: <u>September 15, 2008</u>

Effective Date: <u>September 15, 2008</u>
(if different from order date)

Richard L. Voorhees
United States District Judge